**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RONALD M. MILLER, Plaintiff, | ) | |
| v. | ) | Case No. 00 CV 2681 |
| BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, | ) | Judge David S. Doty |
| Defendant. | ) | Magistrate Judge Susan R. Nelson |

**AGREED STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT**

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff and Defendant, through their respective attorneys, that Plaintiff is allowed leave to file his First Amended Complaint.

Respectfully submitted,

DATED: 3/19/01

[signature]
Craig W. Church
Hoey, Farina & Downes
542 S. Dearborn Street
Suite 200
Chicago, IL 60605
(312) 939-1212

DATED: 3/22/01

[signature]
Megan K. Ricke
Spence, Ricke, Sweeney & Gernes, P.A.
325 Cedar Street
Suite 600
St. Paul, MN 55101
(651) 223-8000

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IT IS SO ORDERED.

DATED: March 27, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge