**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ronald M. Miller,

Plaintiff,

v.

Burlington Northern Santa Fe Railway Company

Defendant.

Case No. 00 CV 2681
Judge David S. Doty
Magistrate Judge Susan R. Nelson

**STIPULATION FOR DISMISSAL**

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated this 28th day of November, 2001.

HOEY, FARINA & DOWNES

By [signature]
Craig Church
Attorney I.D. No. 30992
Attorneys for Plaintiff
542 S. Dearborn Street, Suite 200
Chicago, IL 60605
(312) 939-1212

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Megan K. Ricke
Atty. Reg. No. 121836
Attorneys for Defendant The Burlington Northern and Santa Fe Railway Company
325 Cedar Street, Suite 600
St. Paul, Minnesota 55101
(651) 298-2972

FILED 12-3-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-3-01
DEPUTY CLERK

ORDER

Upon the foregoing Stipulation

IT IS HEREBY ORDERED that Judgment shall forthwith be entered dismissing the above-mentioned action, with prejudice on the merits and without cost of disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/30/01

BY THE COURT

JUDGMENT

On the foregoing Stipulation and Order,

IT IS HEREBY ADJUDGED, that the above-entitled action is dismissed with prejudice, on the merits and without costs or disbursements to any party.

BY THE COURT ADMINISTRATOR

______________________________

Dated this _____ day of

__________________, 2001.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500